UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_06/15/2026__

BLADIMIR VALDEZ,

                Plaintiff,

    -v-

CITY OF NEW YORK, et al.,

               Defendants.

25-cv-7610 (LJL)

ORDER

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on June 15, 2026.

Defendant Brendon Torres ("Torres") has not appeared in this action and Corporation Counsel of the City of New York has declined to represent him. *See* Dkt. No. 57. Plaintiff is directed to file an application for a certificate of default as to Torres with the Clerk of Court by June 22, 2026. Plaintiff shall file a motion for default judgment as to Torres by July 22, 2026.

SO ORDERED.

Dated: June 15, 2026
      New York, New York

_____
               LEWIS J. LIMAN
           United States District Judge